[No. 4796–2–III.   Division Three.   December 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
D. HOFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 75258, James B. Mitchell, J., entered

September 4, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.